HART et al., Appellants, v. HART et al., Respondents. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Charles Hart and others against Sarah

Hart and others. J. J. Crawford, for appellants. C. F. Brown, for respondents. No opinion. Judgment affirmed, with costs, on opinion on former appeal. 61 App. Div. 587, 70 N. Y. Supp. 933. Order filed.